UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 12-60584-crm |
| ) | |
| GLENESE LAFAYE YOUNG, f/k/a ) | |
| GLENESE LAFAYE HARRIS, ) | CHAPTER 7 |
| ) | |
|     Debtor. ) | CHIEF JUDGE MULLINS |
| ) | |
| ) | |
| ANGIE GUY, ) | |
| ) | |
|     Plaintiff, ) | |
| vs. ) | ADVERSARY PROCEEDING |
| ) | NO. 12-05375-crm |
| GLENESE LAFAYE YOUNG, f/k/a ) | |
| GLENESE LAFAYE HARRIS, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**NOTICE OF HEARING SCHEDULED ON DEFENDANT'S
MOTION FOR RECONSIDERATION**

    **PLEASE TAKE NOTICE** that GLENESE LAFAYE YOUNG has filed a Motion for Reconsideration of the Court's Order Granting Partial Summary Judgment in Favor of Plaintiff and related papers with the Court seeking an order denying Plaintiff's Motion for Partial Summary Judgment and the extension of the discovery period.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion in Courtroom 1203, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at **11:00 A.M.** on **September 26, 2013**.

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the

pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 9, 2013.

      /S/
GUY W. GUPTON, III
State Bar No. 315750
Attorney for Defendant

Suite 400, North Tower
235 Peachtree Street, N.E.
Atlanta, GA 30303
(404) 523-1087/FAX: (404) 523-2025
ggupton3@bellsouth.net

## Certificate of Service

I, Guy W. Gupton, III, certify that I am over the age of 18 and that on September 9, 2013, I served a copy of the foregoing Notice of Hearing Scheduled on Defendant's Motion for Reconsideration by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated.

| | |
|---|---|
| Albert Wan, Esq. | Cathy L. Scarver, Esq. |
| 1201 Peachtree Street, N.E. | Chapter 7 Trustee |
| 400 Colony Square, Suite 200 | P.O. Box 672587 |
| Atlanta, GA 30361 | Marietta, GA 30006 |
| | (Service effected by virtue of the electronic noticing triggered by the electronic filing.) |

Dated: September 9, 2013.

    ___/S/_____
GUY W. GUPTON, III
Attorney for Defendant
State Bar No. 315750

Suite 400, North Tower
235 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 523-1087/FAX: (404) 523-2025
Email: ggupton3@bellsouth.net